UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RENAE M,[1]<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 5:19-cv-01774-VBF-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   This matter came before the Court on the Report and Recommendation of the Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge. IT IS HEREBY ORDERED that Judgment shall be entered affirming the decision of the Commissioner.

Dated: August 5, 2020

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.