JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RENAE M.[1], <br> Plaintiff, <br> v. <br> ANDREW M. SAUL, <br> Commissioner of Social Security, <br> Defendant. | Case No. 5:19-cv-01774-VBF-AFM <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: August 5, 2020

*Valerie Baker Fairbank*
_____

Hon. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE

---

[1] Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.